No. 42. EX PARTE HIDALGO.—Solicitud presentada al Juez Asociado Sr. del Toro para que se expida mandamiento de *habeas corpus*. Resuelto en junio 17, 1912. Denegada la solicitud. Abogado del peticionario: *Sr. G. Giménez Sicardó.* Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.*

---

No. 874. CANEJA *v.* ROSALES & Co.—Apelación procedente de la Corte de Distrito de San Juan, Sección 1ª. Moción para que se desestime la apelación. Resuelto en junio 24, 1912. Denegada la moción. Abogados del promovente: *Sres. Bosch y Soto.* Abogado de la parte contraria: *Sr. Eugenio Benítez Cástaño.*

---

No.    . SUÁREZ *v.* BATISTA.—Apelación procedente de la Corte de Distrito de San Juan. Moción para que se desestime la apelación. Resuelto en junio 24, 1912. Denegada la moción por no constar en autos si en este caso se presentó o nó escrito de exposición del caso, cuya existencia o inexistencia ha de servir de base para apreciar si ha vencido o nó el término señalado por la ley para la presentación del récord. Abogado del promovente: *Sr. Francisco Socorro.* Abogado de la parte contraria: *Sr. Ramón Falcón.*

---

No. 306. EX PARTE MEDINA.—Petición de la National Surety Company sobre terminación y cancelación de fianza notarial. Resuelto en junio 25, 1912. Terminada la fianza notarial prestada por la National Surety Company en junio 20, 1911, pero declarándola vigente durante tres años después de su terminación. La National Surety Company compareció en nombre propio.

---

No. 326. EX PARTE BENÍTEZ.—Solicitud sobre aprobación de fianza notarial. Resuelto en junio 26, 1912. Aprobada